**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Jeanette C.,**

**Plaintiff,**

**v.**

**Commissioner of Social Security,**

**Defendant.**

**Case No. 2:25-cv-1463**

**Judge Michael H. Watson**

**Magistrate Judge Vascura**

## ORDER

The Magistrate Judge issued a Report and Recommendation ("R&R"), recommending that the Court reverse the Commissioner of Social Security's ("Commissioner") non-disability finding and remand this matter pursuant to Sentence 4 of § 405(g). R&R, ECF No. 11; 42 U.S.C. § 405(g). Specifically, the R&R recommends concluding that the Administrative Law Judge reversibly erred in his evaluation of the state agency reviewing psychologists' prior administrative findings. *See generally* R&R, ECF No. 11.

The R&R notified the partes of their right to object to that recommendation and of the consequences of failing to do so. *Id.* at 13–14. The deadline for objecting has passed without objection. Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review. The Court **REVERSES** the Commissioner's non-disability finding and **REMANDS** this matter pursuant to

Sentence 4 of § 405(g). The Clerk shall enter judgment for Plaintiff and terminate this case.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**